# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF PENNSYLVANIA

In re  JAMES  SIMMONS & KEISHA SIMMONS

Case No. 19-01991

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Quantum3 Group LLC as agent for Sadino Funding LLC
Name of Transferee

Quantum3 Group LLC as agent for Bluestem and SCUSA
Name of Transferor

Name and Address where notices to transferee should be sent:
Quantum3 Group LLC as agent for Sadino Funding LLC
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788
Phone:  (425) 242-7100

Court Claim # (if known): 9
Amount of Claim:676.5
Date Claim Filed: 7/9/2019

Phone:

Last Four Digits of Acct #:9760

Last Four Digits of Acct #: 9760

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/ Patty Harnden
Transferee/Transferee's Agent

Date:  9/4/2019

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.