# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| James Simmons, | Chapter 13 |
| **Debtor 1** | |
| | Case No. 5:19–bk–01991–RNO |
| Keisha Simmons, | |
| fka Keisha Hoskins–Simmons, | |
| **Debtor 2** | |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on October 7, 2019. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: November 26, 2019

By the Court,

*Robt N. Opel II* (signature)

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: DaneishaDunbarYancey, Deputy Clerk

orcnfpln(05/18)