**B 2100A (Form 2100A) (12/15)**

# UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF PENNSYLVANIA

In re: JAMES SIMMONS                                                   Case No. 19-01991
       KEISHA SIMMONS

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as trustee of NYMT Loan Trust I | WILMINGTON SAVINGS FUND SOCIETY DBA CHRISTIANA TRUST, NOT INDIVIDUALLY, BUT SOLELY AS TRUSTEE FOR NYMT LOAN TRUST I |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609
Phone: (312)291-3781
Last Four Digits of Acct #: 2512

Court Claim # (if known): 12-2
Amount of Claim : $95,956.81
Date Claim Filed : 02/05/2020

Phone : 312-291-3781
Last Four Digits of Acct #: 2512

Name and Address where transferee payments should be sent (if different from above):
Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609
Phone: (312)291-3781
Last Four Digits of Acct #: 2512

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Arvind Nath Rawal                                              Date : 03/16/2021
AIS Portfolio Services, LP as agent
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| Case Name: | JAMES SIMMONS and KEISHA SIMMONS | ) ) ) ) ) | Case No. 19-01991<br>Judge Name: ROBERT N. OPEL II<br><br>Chapter: 13 |
|---|---|---|---|

# CERTIFICATE OF SERVICE

PLEASE BE ADVISED that on 03/16/2021 (the "Notice Date"), pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2)(the "Bankruptcy Rules"), Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as trustee of NYMT Loan Trust I filed Transfer of Claim.

The filing of this Transfer of Claim, via the Court's Electronic Filing system, constitutes service upon the Chapter 13 Trustee and counsel for the Debtor(s), pursuant to Bankruptcy Rule 3001(e)(2) and all applicable Bankruptcy Rules.

I hereby certify that on 03/16/2021 a copy of the Notice was served upon the Debtor(s) on the Notice Date, at the address listed below, by First Class U.S. Mail, postage prepaid

Debtor:
    JAMES SIMMONS and KEISHA SIMMONS
    389 ROLLING HILLS DRIVE
    EAST STROUDSBURG, PA 18302

I hereby certify that on 03/16/2021 a copy of this Notice and all attachments on the following by Electronic Notification via CM/ECF and/or other Electronic Notification:

Trustee:
    CHARLES J DEHART III
    8125 ADAMS DRIVE SUITE A
    HUMMELSTOWN, PA 17036

Debtor's counsel:
    ARM LAWYERS
    PATRICK JAMES BEST
    18 NORTH 8TH STREET
    STROUDSBURG, PA 18360

All Parties in Interest
All Parties requesting Notice

                                    By: /s/ Arvind Nath Rawal
                                    Arvind Nath Rawal, AIS Portfolio Services, LP as agent
                                    Transferee/Transferee's Agent