**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: James Simmons<br>       Keisha Simmons fka Keisha Hoskins-Simmons<br>                    <u>Debtor(s)</u><br>                    <u>vs.</u><br><br>Wilmington Savings fund Society, FSB, not in its individual capacity, but solely as trustee of NYMT Loan Trust I<br>               <u>Respondent</u> | CHAPTER 13<br><br>CASE NO. 19-01991 RNO<br><br>BANKRUPTCY |

**RESPONSE OF WILMINGTON SAVINGS FUND SOCIETY DBA CHRISTIANA TRUST, NOT INDIVIDUALLY, BUT SOLELY AS TRUSTEE FOR NYMT LOAN TRUST I TO DEBTORS' MOTION TO INCUR DEBT POST-PETITION**

Respondent, Wilmington Savings Fund Society dba Christiana Trust, not individually, but solely as Trustee for NYMT Loan Trust I, by and through its counsel, KML Law Group, P.C., hereby responds to the Debtors' Motion to Incur Debt Post-Petition as follows:

1.      Respondent's loan is secured by a mortgage on Debtors' Property located at 33 Fairway Drive, Marshalls Creek, PA 18335.

2.      The proposed order calls for Respondent's loan to be re-financed without any reference or requirement of Respondent's loan being paid in full.

3.      Respondent files this limited objection to Debtor's Motion to Incur Post-Petition Debt as Debtor's proposed Order does not provide for Respondent's loan to be paid in full at the time of re-financing, subject to a proper payoff quote.

Wherefore, Respondent respectfully requests that Debtor's Motion be denied.

                                    **/s/ Rebecca A. Solarz, Esquire____**
                                      Rebecca A. Solarz, Esquire
                                      KML Law Group, P.C.
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106-1532
                                      (215) 627-1322
                                      Attorney for Respondent

Date: March 17, 2021