# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

In re: JAMES SIMMONS and : 
KEISHA SIMMONS :
: No: 19-01991-RNO
Debtors : Chapter 13
:

## OBJECTION TO DEBTORS' MOTION TO INCUR POST-PETITION DEBT

Now comes creditor, CCP Property Owners Association South (the "Association"), and objects to Debtors' *Motion to Incur Additional Debt*, and in support thereof avers:

1. The proposed loan provides for only $127/month for future common area assessments, yet the current monthly charges are $186.13/month, creating a monthly delinquency of $59.13 ($709.56 annually). There is no explanation in the Motion as to how this shortfall will be remedied.

2. CCP has not received any pre-petition plan payments through the Trustee.

3. Debtors are currently delinquent on post-petition assessments to the sum of $4,983.90.

4. Based on the above factors, the proposed loan provides no protection to CCP to ensure resolution of the post-petition delinquency and full payment of post-motion monthly assessments.

WHEREFORE, Association respectfully requests that the present Motion be denied unless the above protections can be provided for.

YOUNG & HAROS, LLC

Date: 3/18/21

_____
GREGORY D. MALASKA, ESQ.
Attorney I.D. No. 85524
802 Main St.
Stroudsburg PA 18360-1602
(570) 424-9800

Attorney for CCP Property Owners Association South