## IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: JAMES SIMMONS and :
KEISHA SIMMONS :
: No: 19-01991-RNO
Debtors : Chapter 13
:

## ORDER

AND NOW this ___ day of March, 2021, upon review of the Stipulation between Debtors and Objector, CCP PROPERTY OWNERS ASSOCIAITONS SOUTH, said Stipulation is hereby adopted and the Court ORDERS:

1. Debtors are to pay Objector, CCP Property Owners Association $11,041.11 from the proceeds of the subject loan at the time of closing on the loan;

2. Effective April 1, 2021, Debtors are to pay post-borrowing assessments to Association on a monthly basis, the current rate being $186.13/month for the remainder of 2021, and for those future sums as set by the Association based upon its annual budget; and

3. CCP PROPERTY OWNERS ASSOCIATION SOUTH's Objection TO Debtors' Motion to Incur Debt is hereby deemed WITHDRAWN.

BY THE COURT

_____

Cc: Patrick J. Best , Esq.
Gregory D. Malaska, Esq.