# IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Simmons, James, | : | No. 19-01991 |
|     Simmons, Keisha | : | |
| | : | |
| Debtors. | : | Chapter 13 |

## ORDER

AND NOW upon consideration of the Stipulation between the Debtors and Wilmington Savings Fund Society, FSB, the Stipulation is hereby approved.

Dated: March 25, 2021

By the Court,

_/s/ Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge (CD)