# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  James Simmons<br>        Keisha Simmons fka Keisha Hoskins-Simmons<br>                        Debtor(s) | CHAPTER 13 |
| Wilmington Savings Fund Society dba Christiana Trust, not individually, but solely as Trustee for NYMT Loan Trust I, its successors and/or assigns<br>                        Movant<br>        vs. | NO. 19-01991 RNO |
| James Simmons<br>Keisha Simmons fka Keisha Hoskins-Simmons<br>                        Debtor(s) | 11 U.S.C. Section 362 |
| Charles J. DeHart, III Esq.<br>                        Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Debtor's Motion to Incur Debt of Wilmington Savings Fund Society dba Christiana Trust, not individually, but solely as Trustee for NYMT Loan Trust I, which was filed with the Court on or about **March 17, 2021 (Doc. No. 58)**.

                                                          Respectfully submitted,


                                                          /s/ Rebecca A. Solarz, Esq.
                                                          _____
                                                          Rebecca A. Solarz, Esquire
                                                          KML Law Group, P.C.
                                                          BNY Mellon Independence Center
                                                          701 Market Street, Suite 5000
                                                          Philadelphia, PA  19106
                                                          Phone: (215)-627-1322

Dated: March 25, 2021