IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: James Simmons<br>Keisha Simmons fka Keisha Hoskins-Simmons<br>　　　　　Debtor(s)<br><br>Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as trustee of NYMT Loan Trust I<br>　　　　　v.<br>James Simmons<br>Keisha Simmons fka Keisha Hoskins-Simmons<br>　　　　　and<br>Charles J. DeHart, III Esq.<br>　　　　　Trustee | Chapter 13<br><br>NO. 19-01991 HWV |

## ORDER

Upon Consideration of the Certification of Default filed by the Moving Party in accordance with the Stipulation of the parties approved on December 16, 2020 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as trustee of NYMT Loan Trust I and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 33 Fairway Drive Marshalls Creek, PA 18335.

Dated: March 26, 2021　　　　By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge (CD)