IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Simmons, James, | : | No. 19-01991-HWV |
| Simmons, Keisha | : | |
| | : | |
| Debtors. | : | Chapter 13 |

## ORDER

AND NOW upon consideration of the Debtors' Motion to Incur Debt and it further appearing that no adverse interested having been represented, it is hereby ORDERED and DECREED that the Debtors are authorized to incur the debt to NE PA Community Federal Credit Union at the monthly payment of $2,116.00 for the duration of 360 months in order to refinance the mortgage on their primary residence.

Dated: March 26, 2021

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge (CD)