# IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | Simmons, James | : | CHAPTER 13 |
|---|---|---|---|
| | Simmons, Keisha | : | |
| | | : | CASE NO. 19-01991-RNO |

## CERTIFICATION OF NO OBJECTION TO DEBTOR'S MOTION TO MODIFY A CONFIRMED CHAPTER 13 PLAN

The undersigned hereby certifies that, as of July 26, 2021, the undersigned has received no answer, objection or other responsive pleading to the Debtors' Motion to Modify a Confirmed Chapter 13 Plan, Docket No. 79, filed on June 30, 2021.

The undersigned further certifies that I have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Debtors' Motion to Modify a Confirmed Chapter 13 Plan appears thereon. Pursuant to Notice of Motion, objections to the Debtor's Motion to Modify a Confirmed Chapter 13 Plan were to be filed and served before July 21, 2021.

It is hereby respectfully requested that the Order attached to this Certification be entered at the earliest convenience of the Court.

Date: July 26, 2021

/s/ Patrick J. Best
Patrick J. Best, Esquire
ARM Lawyers
18 N 8th Street
Stroudsburg, PA 18360
Phone: 570.424.6899
Facsimile: 484.544.8625
Attorney for Debtors