IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: JAMES SIMMONS and : 
      KEISHA SIMMONS : 
       : No: 19-01991-RNO
      Debtors : Chapter 13
       :

## WITHDRAWAL OF CLAIMS

CCP Property Owners Association South (the "Association"), by and through its counsel, Young & Haros, LLC, hereby withdraws its two claims, Claim #3 and Claim #19 based upon Debtors' full payment on both claims.

YOUNG & HAROS, LLC

Date: 5/26/22

_____
GREGORY D. MALASKA, ESQ.
Attorney I.D. No. 85524
802 Main St.
Stroudsburg PA 18360-1602
(570) 424-9800

Attorney for CCP Property Owners Association South