| | |
|---|---|
| In re: | Case No. 19-01991-MJC |
| James Simmons | Chapter 13 |
| Keisha Simmons | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Jul 01, 2022     Form ID: pdf010     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| 5195890 | + Islandfcu, 120 Motor Parkway, Hauppauge, NY 11788-5107 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ashlee Crane Fogle | on behalf of Creditor Wilmington Savings Fund Society dba Christiana Trust not individually, but solely as trustee for NYMT Loan Trust I afogle@rascrane.com |
| Gregory David Malaska | on behalf of Creditor CCP PROPERTY OWNERS ASSOCIATION SOUTH gmalaska@eastpennlaw.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Wilmington Savings Fund Society dba Christiana Trust not individually, but solely as trustee for NYMT Loan Trust I bkgroup@kmllawgroup.com |
| Jim Peavler | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy1@state.pa.us RA-occbankruptcy6@state.pa.us |

| | |
|---|---|
| Kevin Buttery | on behalf of Creditor Wilmington Savings Fund Society dba Christiana Trust not individually, but solely as trustee for NYMT Loan Trust I kbuttery@rascrane.com |
| Patrick James Best | on behalf of Debtor 1 James Simmons patrick@armlawyers.com kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com |
| Patrick James Best | on behalf of Debtor 2 Keisha Simmons patrick@armlawyers.com kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com |
| Rebecca Ann Solarz | on behalf of Creditor Wilmington Savings Fund Society dba Christiana Trust not individually, but solely as trustee for NYMT Loan Trust I bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity, but solely as trustee of NYMT Loan Trust I bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JAMES SIMMONS, KEISHA SIMMONS | : | CASE NO. 5:19-bk-01991-MJC |
| Debtor. | : | CHAPTER 13 |
| JAMES SIMMONS, KEISHA SIMMONS | : | |
| Objectants, | : | |
| v. | : | |
| ISLANDFCU | : | Objection to Proof of Claim |
| | : | 11 U.S.C. § 502(b)(1) |
| Claimant. | : | |

### ORDER

Upon consideration of the Debtors' Objection to the Proof of Claim filed on behalf IslandFCU (Claim 18), Dkt. # 93, and upon the Response of the Claimant, if any, it is hereby **ORDERED** that the Debtors' Objection is hereby **SUSTAINED**. Claim 18 is hereby modified to reflect $0 in unsecured debt and $500 in secured debt.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: July 1, 2022