United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
James Simmons  
Keisha Simmons  
    Debtors

Case No. 19-01991-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2  
Date Rcvd: Jul 01, 2022     Form ID: pdf010     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5197448 | Email/Text: bankruptcytn@wakeassoc.com | Jul 01 2022 18:46:00 | EMERGENCY PHYSICIANS ASSOCIATES OF PA, WAKEFIELD AND ASSOCIATES, PO BOX 50250, KNOXVILLE,TN 37950-0250 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ashlee Crane Fogle | on behalf of Creditor Wilmington Savings Fund Society dba Christiana Trust not individually, but solely as trustee for NYMT Loan Trust I afogle@rascrane.com |
| Gregory David Malaska | on behalf of Creditor CCP PROPERTY OWNERS ASSOCIATION SOUTH gmalaska@eastpennlaw.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Wilmington Savings Fund Society dba Christiana Trust not individually, but solely as trustee for NYMT Loan Trust I bkgroup@kmllawgroup.com |
| Jim Peavler | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy1@state.pa.us RA-occbankruptcy6@state.pa.us |
| Kevin Buttery | |

on behalf of Creditor Wilmington Savings Fund Society dba Christiana Trust  not individually, but solely as trustee for NYMT Loan Trust I kbuttery@rascrane.com

Patrick James Best

on behalf of Debtor 1 James Simmons patrick@armlawyers.com
 kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com

Patrick James Best

on behalf of Debtor 2 Keisha Simmons patrick@armlawyers.com
 kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com

Rebecca Ann Solarz

on behalf of Creditor Wilmington Savings Fund Society dba Christiana Trust  not individually, but solely as trustee for NYMT Loan Trust I bkgroup@kmllawgroup.com

Rebecca Ann Solarz

on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity, but solely as trustee of NYMT Loan Trust I bkgroup@kmllawgroup.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JAMES SIMMONS, KEISHA SIMMONS | : | CASE NO. 5:19-bk-01991-MJC |
| Debtor. | : | CHAPTER 13 |
| JAMES SIMMONS, KEISHA SIMMONS | : | |
| Objectants, | : | |
| v. | : | |
| EMERGENCY PHYSICIANS ASSOCIATES OF PA PC | : | Objection to Proof of Claim 11 U.S.C. § 502(b)(1) |
| Claimant. | : | |

## ORDER

Upon consideration of the Debtors' Objection to the Proof of Claim filed by Emergency Physicians Associates of PA PC (Claim 1), Dkt. #84, and upon the Response of the Claimant, if any, it is hereby **ORDERED** that the Debtors' Objection is hereby **SUSTAINED**. Claim 1 is hereby disallowed.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: July 1, 2022