United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-01991-MJC |
| James Simmons | Chapter 13 |
| Keisha Simmons | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jul 01, 2022 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2022:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5218621 | ^ MEBN | Jul 01 2022 18:40:43 | Emergency Physician Associates of PA, PC, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2022        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ashlee Crane Fogle | on behalf of Creditor Wilmington Savings Fund Society dba Christiana Trust not individually, but solely as trustee for NYMT Loan Trust I afogle@rascrane.com |
| Gregory David Malaska | on behalf of Creditor CCP PROPERTY OWNERS ASSOCIATION SOUTH gmalaska@eastpennlaw.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Wilmington Savings Fund Society dba Christiana Trust not individually, but solely as trustee for NYMT Loan Trust I bkgroup@kmllawgroup.com |
| Jim Peavler | |

| | |
|---|---|
| | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy1@state.pa.us RA-occbankruptcy6@state.pa.us |
| Kevin Buttery | on behalf of Creditor Wilmington Savings Fund Society dba Christiana Trust  not individually, but solely as trustee for NYMT Loan Trust I kbuttery@rascrane.com |
| Patrick James Best | on behalf of Debtor 1 James Simmons patrick@armlawyers.com kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com |
| Patrick James Best | on behalf of Debtor 2 Keisha Simmons patrick@armlawyers.com kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com |
| Rebecca Ann Solarz | on behalf of Creditor Wilmington Savings Fund Society dba Christiana Trust  not individually, but solely as trustee for NYMT Loan Trust I bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity, but solely as trustee of NYMT Loan Trust I bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JAMES SIMMONS, KEISHA SIMMONS | : | CASE NO. 5:19-bk-01991-MJC |
| Debtor. | : | CHAPTER 13 |
| JAMES SIMMONS, KEISHA SIMMONS | : | |
| Objectants, | : | |
| v. | : | |
| EMERGENCY PHYSICIANS ASSOCIATES OF PA PC | : | Objection to Proof of Claim 11 U.S.C. § 502(b)(1) |
| Claimant. | : | |

## ORDER

Upon consideration of the Debtors' Objection to the Proof of Claim filed by Emergency Physicians Associates of PA PC (Claim 11), Dkt. # 90, and upon the Response of the Claimant, if any, it is hereby **ORDERED** that the Debtors' Objection is hereby **SUSTAINED**. Claim 11 is hereby disallowed.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: July 1, 2022