United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re:<br>James Simmons<br>Keisha Simmons<br>    Debtors | Case No. 19-01991-MJC<br>Chapter 13 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jul 14, 2022 | Form ID: nthrgreq | Total Noticed: 2 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2022:**

**Recip ID**    **Recipient Name and Address**
                      Quantum3 Group, LLC, as agent for Sadino Funding,, P.O. Box 788, Hackensack, VA 07601

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5244894 | Email/Text: bnc-quantum@quantum3group.com | Jul 14 2022 18:37:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2022        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ashlee Crane Fogle | on behalf of Creditor Wilmington Savings Fund Society dba Christiana Trust not individually, but solely as trustee for NYMT Loan Trust I afogle@rascrane.com |
| Gregory David Malaska | on behalf of Creditor CCP PROPERTY OWNERS ASSOCIATION SOUTH gmalaska@eastpennlaw.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Wilmington Savings Fund Society dba Christiana Trust not individually, but solely as trustee for NYMT Loan Trust I bkgroup@kmllawgroup.com |

| | |
|---|---|
| Jim Peavler | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy1@state.pa.us RA-occbankruptcy6@state.pa.us |
| Kevin Buttery | on behalf of Creditor Wilmington Savings Fund Society dba Christiana Trust  not individually, but solely as trustee for NYMT Loan Trust I kbuttery@rascrane.com |
| Patrick James Best | on behalf of Debtor 1 James Simmons patrick@armlawyers.com kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com |
| Patrick James Best | on behalf of Debtor 2 Keisha Simmons patrick@armlawyers.com kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com |
| Rebecca Ann Solarz | on behalf of Creditor Wilmington Savings Fund Society dba Christiana Trust  not individually, but solely as trustee for NYMT Loan Trust I bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity, but solely as trustee of NYMT Loan Trust I bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

James Simmons

**Debtor 1**

Keisha Simmons
fka Keisha Hoskins−Simmons

**Debtor 2**

Chapter: 13

Case number: 5:19−bk−01991−MJC

Document Number: 88

Matter: Objection to Claim Number 9 of Quantum3 Group LLC

James Simmons
Keisha Simmons
fka Keisha Hoskins−Simmons
**Movant(s)**

vs.

Quantum3 Group LLC as agent for
Sadino Funding LLC
**Respondent(s)**

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on May 8, 2019.

A hearing on the above referenced matter has been scheduled for:

| **United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701** | **Date: 8/9/22** <br> **Time: 09:30 AM** |
|---|---|

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes−Barre, PA 18701 <br> (570) 831−2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: DaneishaDunbarYancey, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 14, 2022 |

nthrgreq(02/19)