In re:                                                                      Case No. 19-01991-MJC

James Simmons                                                       Chapter 13

Keisha Simmons

     Debtors

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 09, 2022 | Form ID: pdf010 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2022:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5244894 | Email/Text: bnc-quantum@quantum3group.com | Aug 09 2022 18:43:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2022                         Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ashlee Crane Fogle | on behalf of Creditor Wilmington Savings Fund Society dba Christiana Trust  not individually, but solely as trustee for NYMT Loan Trust I afogle@rascrane.com |
| Gregory David Malaska | on behalf of Creditor CCP PROPERTY OWNERS ASSOCIATION SOUTH gmalaska@eastpennlaw.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Wilmington Savings Fund Society dba Christiana Trust  not individually, but solely as trustee for NYMT Loan Trust I bkgroup@kmllawgroup.com |

Jim Peavler
        on behalf of Creditor PA Dept of Revenue RA-occbankruptcy1@state.pa.us  RA-occbankruptcy6@state.pa.us

Kevin Buttery
        on behalf of Creditor Wilmington Savings Fund Society dba Christiana Trust  not individually, but solely as trustee for NYMT
Loan Trust I kbuttery@rascrane.com

Patrick James Best
        on behalf of Debtor 1 James Simmons patrick@armlawyers.com
kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com

Patrick James Best
        on behalf of Debtor 2 Keisha Simmons patrick@armlawyers.com
kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com

Rebecca Ann Solarz
        on behalf of Creditor Wilmington Savings Fund Society dba Christiana Trust  not individually, but solely as trustee for NYMT
Loan Trust I bkgroup@kmllawgroup.com

Rebecca Ann Solarz
        on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity, but solely as trustee of NYMT Loan
Trust I bkgroup@kmllawgroup.com

United States Trustee
        ustpregion03.ha.ecf@usdoj.gov


TOTAL: 11

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JAMES SIMMONS,          :     CASE NO. 5:19-bk-01991-MJC
KEISHA SIMMONS            :
                                   :

              Debtors.       :     CHAPTER 13

JAMES SIMMONS, KEISHA SIMMONS  :

            Objectants,    :

   v.                             :

QUANTUM3 GROUP LLC, AS AGENT   :     Objection to Proof of Claim
FOR SADINO FUNDING LLC       :     11 U.S.C. § 502(b)(1)

            Claimant.     :

## ORDER OVERRULING DEBTORS' OBJECTION TO CLAIM NUMBER 9 OF QUANTUM3 GROUP LLC, AS AGENT FOR SADINO FUNDING LLC

Upon consideration of the Debtors' Objection to the Proof of Claim filed by Quantum3 Group LLC, as agent for Sadino Funding LLC (Claim 9), Dkt. # 88 ("Objection"), the Amended Proof of Claim filed in response thereto, and after a hearing held on August 9, 2022, it is hereby

**ORDERED** that the Debtors' Objection is hereby **OVERRULED** for the reasons set forth on the record.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: August 9, 2022