Certificate Number: 15111-PAM-DE-036917795

Bankruptcy Case Number: 19-01991


15111-PAM-DE-036917795

# C<span style="font-variant:small-caps">ertificate</span> O<span style="font-variant:small-caps">f</span> D<span style="font-variant:small-caps">ebtor</span> E<span style="font-variant:small-caps">ducation</span>

I CERTIFY that on <u>October 20, 2022</u>, at <u>4:13</u> o'clock <u>PM EDT</u>, <u>Keisha Simmons</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>October 20, 2022</u>

By: <u>/s/Hasan Bilal for Ryan McDonough</u>

Name: <u>Ryan McDonough</u>

Title: <u>Executive Director of Education</u>